IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, ) <br> THE VETERANS OF FOREIGN ) <br> WARS OF THE UNITED STATES, ) <br> IRAQ AND AFGHANISTAN VETERANS ) <br> OF AMERICA, JAMES R. RUDISILL, ) <br> KASSIDY A. PERKINS, PAUL H. YOON, ) <br> ELIZABETH F. YOON, TOBY DORAN, ) <br> KENNETH BRATLAND, and ) <br> MCKENNA BRATLAND, ) <br>   ) <br>   Petitioners, ) <br>   ) <br> v. ) <br>   ) <br> SECRETARY OF VETERANS AFFAIRS, ) <br>   ) <br>   Respondent. ) | No. 25-2033 |

RESPONDENT'S UNOPPOSED MOTION FOR
LEAVE TO FILE CORRECTED MOTION TO DISMISS,
OPPOSITION TO MOTION TO STAY, AND APPENDIX

Pursuant to Federal Circuit Rule 25(i), respondent, the Secretary of Veterans Affairs, respectfully submits this motion for leave to file a corrected version of the Secretary's Motion To Dismiss, Opposition To Motion To Stay, And Appendix, ECF No. 21.  On September 18, 2025, counsel for the petitioners indicated that the petitioners consent to this request.

Good cause supports this motion.  After the petitioners filed a 38 U.S.C. § 502 petition on August 20, 2025 (ECF No. 1), the petitioners filed a Motion For A Stay Pending Review on September 5, 2025 (ECF No. 17).  Ten days later, on

September 15, 2025, the Secretary filed a Motion To Dismiss, Opposition To Motion To Stay, And Appendix. ECF No. 21. In that filing, among other things and as relevant here, the Secretary argues that none of the petitioners have standing to pursue a challenge to the VA manual provisions at issue in this case. *Id.* at 9-15.

With respect to one petitioner, Toby Doran, the Secretary stated, based on a declaration from Kenneth Smith, Executive Director of Education Service within VA's Veterans Benefits Administration, that VA had issued retroactive payments for educational benefits used by Mr. Doran's son for the Fall 2024 term that were not previously paid. *Id.* at 11 (citing Appx223). In our filing we stated:

> The petition claims that Mr. Doran has not received certain retroactive benefits. Petition at 23. However, VA issued retroactive payments for educational benefits used by Mr. Doran's son for the Fall 2024 term that were not previously paid. Appx223. Mr. Doran has not provided the Court with any evidence showing that VA refused a request to pay retroactive benefits based on the 2024 Education Directives—and he has, accordingly, failed to establish standing.

ECF No. 21 at 11. The Secretary also stated later in the filing:

> And as noted above, VA allowed retroactive payments for petitioner Toby Doran. Appx223. "VA's records reflect that VA issued retroactive payments for benefits used by Mr. Doran's son for the term September 25, 2024, to December 13, 2024, that were not previously paid." Appx223.

ECF No. 21 at 16.

VA subsequently determined that although it had indeed paid for education benefits used by Mr. Doran's son for the Fall 2024 term, those payments were not

2

made retroactively. Although this factual error does not affect the primary basis for our argument concerning Mr. Doran's lack of standing, we respectfully request leave to submit a corrected filing to make three changes. First, the corrected filing modifies the above-quoted text from page 11 of our filing to read:

> The petition claims that Mr. Doran has not received certain retroactive benefits. Petition at 23. But Mr. Doran has not provided the Court with any evidence showing that VA refused a request to pay retroactive benefits based on the 2024 Education Directives—and he has, accordingly, failed to establish standing.

Second, the corrected filing deletes the two sentences quoted above from page 16 of the Secretary's filing. And finally, the corrected filing attaches a new declaration from Kenneth Smith, which provides information about the payments for Mr. Doran's son but no longer states that the payments were retroactive.

Modifying our filing as stated above will not substantively affect the relief we requested or the overall arguments we made in our filing concerning Mr. Doran's lack of standing. And because the petitioners have not yet responded to our motion to dismiss the petition or replied in support of their motion to stay, granting this motion will not prejudice the petitioners.

For these reasons, we respectfully request that the Court grant us leave to file a corrected Motion To Dismiss, Opposition To Motion To Stay, And Appendix, attached hereto.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | MARTIN F. HOCKEY, JR.<br>Deputy Director |
| OF COUNSEL | /s/Eric P. Bruskin<br>ERIC P. BRUSKIN<br>Assistant Director |
| Y. KEN LEE<br>Deputy Chief Counsel | Commercial Litigation Branch<br>Civil Division<br>Department of Justice |
| JULIE HONAN<br>Attorney<br>Department of Veterans Affairs<br>810 Vermont Ave., N.W.<br>Washington, DC 20420 | P.O. Box 480<br>Washington, D.C. 20044<br>(202) 307-5958<br>eric.bruskin@usdoj.gov |
| September 18, 2025 | Attorneys for Respondent |

4

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this filing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). This filing is printed in Garamond 14-point font, and it contains no more than 632 words, excluding the items listed in the Federal Rules of Appellate Procedure 27(a)(2)(B).

/s/ Eric P. Bruskin
Eric P. Bruskin
*Counsel for Respondent*
